Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

GUY GONZALES, an individual; and
LYNETTE GONZALES, an individual

vs

OCWEN LOAN SERVICING, LLC, a
corporation; CRESTLINE FUNDING
CORPORATION, a corporation;
FIELDSTONE MORTGAGE
COMPANY, a corporation; and
DOES 1 through 20 inclusive

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0875 JAH BLM

FILED
08 MAY 16 AM 8:47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

James C. Mason (SBN 140789)
Law Offices of Eric F. Fagan
2300 Boswell Rd. Suite 211
Chula Vista, CA 91914 Phone: 619-656-6656 Fax: 775-898-5471

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MAY 16 2008

W. Samuel Hamrick, Jr.
CLERK                                             DATE
J. PARIS

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)