James C. Mason (SBN 140789)
Law Offices of Eric F. Fagan
2300 Boswell Rd. Suite 211
Chula Vista, CA 91914
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiffs GUY GONZALES and LYNETTE GONZALES

FILED
08 MAY 16 AM 8:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: /s/         DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY GONZALES, an individual; and LYNETTE GONZALES, an individual,<br><br>Plaintiffs<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, a corporation; CRESTLINE FUNDING CORPORATION, a corporation; FIELDSTONE MORTGAGE COMPANY, a corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | Civil Case No.:<br><br>**NOTICE OF PENDENCY OF ACTION**<br><br>**(LIS PENDENS)**<br><br>'08 CV 0875 JAH BLM |

   PLEASE TAKE NOTICE THAT above-captioned action, by Plaintiffs GUY GONZALES and LYNETTE GONZALES against OCWEN LOAN SERVICING, LLC, CRESTLINE FUNDING CORPORATION, FIELDSTONE MORTGAGE COMPANY, and DOES 1 through 20 inclusive, affect title to and/or possession or real property in that plaintiff seeks specific performance of a contract to purchase the real property located in San Diego County at 4925 Curry Drive, San Diego, CA 92115 and described as:

   LOT 8 OF DASS MANOR IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA ACCORDING TO THE MAP THEREOF NO. 3123, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, AUGUST 27, 1954.

Date: 5/15/2008

/s/ James C. Mason
James C. Mason,
Attorney for Plaintiffs Guy and Lynette Gonzales

1
NOTICE OF PENDENCY OF ACTION (LIS PENDENS)