Eric F. Fagan   SBN 87071
Law Offices of Eric F. Fagan
2300 Boswell Rd., Suite 211
Chula Vista, CA 91914
Eric@efaganlaw.com
Tel: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff GUY & LYNETTE GONZALEZ

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUY GONZALEZ, an individual, and LYNETTE GONZALEZ, an individual,<br><br>Plaintiffs<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, a Corporation, CRESTLINE FUNDING CORPORATION, a Corporation, FIELDSTONE MORTGAGE COMPANY, a Corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | **Case No.:  08 CV 0875**<br><br>**REQUEST FOR DISMISSAL** |

Plaintiff gives notice that this action is to be dismissed pursuant to FRCP 41(a)(1)(A)(i).

Dated: July 25, 2008                                                  /S/ Eric F. Fagan
                                                                              Eric F. Fagan
                                                                              Attorney for Plaintiffs

1
REQUEST FOR DISMISSAL